LITE, Appellant, v. ORDWAY COMMON SCHOOL DIS-
TRICT NO. 14, of Brown County, South
Dakota, et al., Respondents.
(187 N. W. 537.)

(File No. 5051.  Opinion filed March 31, 1922.)

**Appeals—Assignments of Error Re Sufficiency of Evidence, No Mo-
tion For New Trial, No Review.**

Assignments of error being based solely on insufficiency
of evidence to sustain findings, and no motion for new trial
having been made, no question for review is presented.

Smith, J., not sitting.

Action by J. F. Lite, against Ordway Common School Dis-
trict No. 14, of Brown County, South Dakota, a municipal cor-
poration, and William Schultz and others, members of the School
Board, and C. J. Johansen, to have a certain alleged attempted
contract by defendants for construction of a school house de-
clared illegal and void, and for judgment enjoining defendants
from constructing such school house, and for other relief.  From
a judgment for defendants, plaintiff appeals.  Affirmed.

*Sieh & Flynn,* for Appellant.

*Williamson, Williamson & Smith,* for Respondents.

GATES, P. J.  This is an appeal from a judgment.  The
assignments of error are based solely upon the insufficiency of
the evidence to sustain the finding of the trial court.  Such being
the case and no motion for new trial having been made, the as-
signments of error (even if in accordance with the rules of this
court) present no question for review.  Keyes v. Baskerville, 42
S. D. 381, 175 N. W. 874.

The judgment is affirmed.

SMITH, J., not sitting.